UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Peter Corwin, Randy Coates, Commodity Transporters, Inc. | § § § | |
| | § | NO:   AU:20-CV-01103-RP |
| vs. | § § | |
| Mobile Revolution LLC, North West Services, Inc. | § | |

### ORDER

The Court  sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on February 11, 2021  at  09:20 AM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing  counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

Until the Court enters a scheduling order in this case and absent additional instruction from the Court, the parties shall abide by all agreed deadlines set out in their proposed scheduling order

**SIGNED** on 29th day of January, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE